```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
               -against-                                     :      24-MG-1379 (VEC)
                                                             :      24-CR-__
CHANTAL DE LOS SANTOS,                                       :
                                                             :      ORDER
                              Defendant.                     :
                                                             :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/24

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 27, 2024, Ms. De Los Santos appeared for a plea hearing, during which she waived indictment and pled guilty to the Information.

IT IS HEREBY ORDERED that Ms. De Los Santos must appear for sentencing on **December 17, 2024, at 2:30 P.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions are due no later than **December 3, 2024**.

**SO ORDERED.**

Date:  August 27, 2024
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**