USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
     :
UNITED STATES OF AMERICA,    :
     :
    -against-    :   24-CR-508 (VEC)
     :
CHANTAL DE LOS SANTOS,    :   ORDER
     :
     Defendant.    :
     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Ms. De Los Santos's sentencing is scheduled for **December 17, 2024**.

IT IS HEREBY ORDERED that Ms. De Los Santos's sentencing is ADJOURNED to **January 17, 2025**, at **10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions are due no later than **January 3, 2025**.

**SO ORDERED.**

**Date: October 17, 2024**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**