```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
             -against-                                             :   24-CR-508 (VEC)
                                                                   :
CHANTAL DE LOS SANTOS,                                             :   ORDER
                                                                   :
                                           Defendant.              :
                                                                   :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Ms. De Los Santos's sentencing is scheduled for **January 17, 2025**.

IT IS HEREBY ORDERED that the parties must appear for a conference on **January 17, 2025 at 10:30AM** in in Courtroom 20C[1] of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  January 10, 2025
       New York, NY

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**

---

[1] Please note this is a new courtroom for the Undersigned.