**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

*ADMITTED IN NY & NJ STATE AND FEDERAL

January 28, 2025

<u>VIA ECF</u>
Honorable Justice Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007-1312

                RE:    *United States v. Chantal De Los Santos*
                         1:24 Cr. 508 (VEC)

Honorable Justice Valerie E. Caproni;

      I, Dawn M. Florio, attorney at law, represents Chantal De Los Santos on the above case matter scheduled to surrender herself to the USMS in SDNY at 12:00 p.m. on 3/13/2025. I was contacted by Ms. De Los Santos and she has requested to travel to the Dominican Republic between the dates of February 13-February 23, which are her childrens' mid-winter recess break, to tell her parents before her surrender in person that she has to do jail time. Her parents are elderly and she feels that this is something that has to be done in person and not over the phone. Also to explain that they have to return to New York before her surrender to prepare them with plans to care for her children while she is incarcerated.

      I have spoken to AUSA Jacob Rebold, in which the Government opposes this request and USPTO Jessica Aguilar-Adan has no objection.

      I am requesting that this application be acknowledged and considered.

                                              Sincerely,

                                             *Dawn M. Florio*

                                             Dawn M. Florio, Esq.
                                             *Attorney for Chantal De Los Santos*

CC:    All Counsel